# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **GAITHER JEROME HARRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 5:06-cv-238 (HL) |
| | : | |
| **Ms. McKINNLEY, Warden BATTLE,** | : | |
| **Deputy Warden WILLIAMS,** | : | |
| **Cpt. COOK, Officers COSTA** | : | |
| **and BATTLE, P.A. FLURRY and** | : | |
| **Sergeant IVEY,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Order and Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered July 20, 2006 [doc. 5], in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given due consideration to the Recommendation, hereby accepts the same. The claims against Officers Costa and Battle are hereby dismissed and they are dismissed as Defendants herein.

**SO ORDERED**, this the 10th day of January, 2007.

                                                  **s/   Hugh Lawson**
                                                **HUGH LAWSON, JUDGE**

mls