IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GAITHER JEROME HARRIS,

    Plaintiff

VS.

MS. McKINLEY, *et al.*,

    Defendants

NO. 5: 06-CV-238 (HL)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

O R D E R

    Before the court is the motion of plaintiff GAITHER JEROME HARRIS requesting an investigation by the Georgia Bureau of Investigation and/or Georgia Department of Corrections Internal Affairs into allegations of a continual denial of plaintiff's civil rights. Tab #110. Also before the court are motions to amend his original motion. Tabs #111 and #113.

    Upon consideration of plaintiff's motion and amended motions, the same are DENIED, there being no legal authority for this court to order such investigations. However, plaintiff is advised that if he has claims of denial of his rights, he is free to submit new complaints against those he believes responsible.

    SO ORDERED AND DIRECTED, this 4th day of JANUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE