# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| GAITHER JEROME HARRIS, | : | |
| Plaintiff | : | |
| vs. | : | |
| Ms. McKINLEY, | : | NO. 5:06-CV-238 (HL) |
| Defendants | : | **O R D E R** |

*Pro se* plaintiff **GAITHER JEROME HARRIS** has filed a motion to proceed *in forma pauperis* on appeal from the Court's March 11, 2008, order accepting Magistrate Judge Hicks's recommendation granting summary judgment in favor of the defendants. In the Court's best judgment, an appeal from its order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). As noted in Magistrate Judge Hicks's recommendation, plaintiff has failed to allege any valid claim under the Eighth Amendment. Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because plaintiff has stated that he cannot pay the $455 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $455 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $455 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

**SO ORDERED**, this 11th day of August, 2008.


                                          *s/   Hugh Lawson*
                                          HUGH LAWSON
                                          UNITED STATES DISTRICT JUDGE

cr